**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Healthcare Facility Management LLC,

      Plaintiff,

          v.                                 Case No.   1:23cv247

Arman Candelaria,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

[   ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[   ]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X ]    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED:** The Court granted the Plaintiff's Motion for Remand.

Date: March 14, 2025                     Richard W. Nagel, Clerk_____
                                        Clerk

                               By:    _s/ Krista Zeller_____
                                       Deputy Clerk